JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shirley Lindsay<br><br>　　　　Plaintiff,<br><br>v.<br><br>John Mallas et al<br><br>　　　　Defendants. | Case No.  CV 15-05528-AB (ASx)<br><br>ORDER DISMISSING CIVIL ACTION |

 THE COURT having been advised that the above-entitled action has been settled;

 IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_45_ days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  June 21, 2016   _____
           ANDRÉ BIROTTE JR.
           UNITED STATES DISTRICT JUDGE

1.